KIMBERLY A. SANCHEZ
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYED EHSAN RAZAVY TOOSI,<br><br>Plaintiff,<br><br>v.<br><br>ERIC GAUDIOSI, ET AL.,<br><br>Defendants. | CASE NO. 1:25-CV-00640 JLT-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME |

Defendants' response to Plaintiff's complaint is due August 4, 2025. The parties stipulate and jointly request a 14-day extension of this deadline. Defendants completed its adjudication of the visa application underlying this case on or about July 31, 2025. Defendants' position is that this lawsuit is now moot. Plaintiff's counsel, however, has requested additional time to confer with Plaintiff to determine whether Plaintiff will agree to voluntarily dismiss this case. If Plaintiff does not agree to a voluntary dismissal within the next 14 days, Defendants intend to file a motion to dismiss this case as moot.

///

///

///

///

///

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 18, 2025. The parties further request that all other filing deadlines and the Scheduling Conference currently scheduled for August 27, 2025, be similarly extended.

Respectfully submitted,

Dated: August 4, 2025                                KIMBERLY A. SANCHEZ
                                                     Acting United States Attorney

                                            By: /s/ SHELLEY D. WEGER
                                                     SHELLEY D. WEGER
                                                     Assistant United States Attorney

Dated: August 4, 2025                       By: /s/ JOSHUA L. GOLDSTEIN
                                                     JOSHUA L. GOLDSTEIN
                                                     Counsel for Plaintiff

## ORDER

Pursuant to the parties' stipulation, and cause appearing, the deadline for Defendants to file an answer or other dispositive pleadings is extended to August 18, 2025. All other filing deadlines are extended accordingly. The Scheduling Conference currently set for August 27, 2025, is continued to **September 17, 2025, at 9:30 a.m. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least seven (7) days prior to the conference. The parties shall appear at the conference remotely via Zoom video conference. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **August 4, 2025**                           /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME                    2